

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-19-00755-CR

Ernest R. **CEPEDA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR7864
Honorable Ray Olivarri, Judge Presiding

PER CURIAM

Sitting:     Sandee Bryan Marion, Chief Justice
            Rebeca C. Martinez, Justice
            Liza A. Rodriguez, Justice

Delivered and Filed: March 18, 2020

DISMISSED

The trial court's certification in this appeal states that "this criminal case is a plea-bargain case, and the defendant has NO right of appeal." Rule 25.2(d) of the Texas Rules of Appellate Procedure provides that an appeal "must be dismissed if a certification that shows the defendant has the right of appeal has not been made part of the record under these rules." TEX. R. APP. P. 25.2(d). The clerk's record contains a written plea bargain, and the punishment assessed did not exceed the punishment recommended by the prosecutor and agreed to by the defendant; therefore, the clerk's record supports the trial court's certification that defendant has no right of appeal. *See*

TEX. R. APP. P. 25.2(a)(2).  In addition, in response to our February 20, 2020 show cause order, appellant's counsel filed a document in which he states that he reviewed the clerk's record and found no right of appeal for appellant.  Counsel also states he filed a motion to amend the trial court's certification to show a right of appeal which was denied by the trial court; a copy of the motion and order are attached to counsel's response.  In light of the record presented, we conclude that the trial court's certification correctly asserts that the defendant has no right of appeal; therefore, Rule 25.2(d) requires this court to dismiss this appeal.  TEX. R. APP. P. 25.2(d).  Accordingly, the appeal is dismissed.  *See* TEX. R. APP. P. 25.2(d).

PER CURIAM

DO NOT PUBLISH